IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| PRIME TIME SPORTS, LLC, ) | |
| ) | CASE NO. 12-04838 |
| ) | |
| Debtor, ) | JUDGE A. BENJAMIN GOLDGAR |
| ) | |

**NOTICE OF MOTION FOR FINAL DECREE
AND TO SHORTEN NOTICE**

TO: SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that, on the 6th day of March, 2013, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar or any judge sitting instead, in the courtroom usually occupied by him in Courtroom 642 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion for Entry of Final Decree and to Shorten Notice**, a copy of which was previously served upon you, at which time you may appear if you so desire.

PRIME TIME SPORTS, LLC


By:  /s/ Lester A. Ottenheimer /s/
    Lester A. Ottenheimer III


Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, Illinois  60089
(847) 520-9400

**CERTIFICATE AND AFFIDAVIT OF DELIVERY**

    I, an attorney, state that a true copy of the attached pleading was electronically filed with the United States Bankruptcy Court and electronically transmitted to the Trustee and the Office of the Trustee and to all of the creditors on the attached Service List via U.S. Mail at the addresses shown before 5:00 p.m. this 19th day of February, 2013.

                                /s/ Lester A. Ottenheimer, III /s/
                                Lester A. Ottenheimer III

```
Label Matrix for local noticing          FRANKS, GERKIN & McKENNA, P.C.           First Merit Bank, N.A. as successor in inter
0752-1                                   19333 East Grant Highway                 c/o Zenoff & Zenoff, Chtd.
Case 12-04838                            P.O. Box 5                               53 W. Jackson Blvd., Suite 1140
Northern District of Illinois            Marengo, IL 60152-0005                   Chicago, IL 60604-3619
Chicago
Tue Feb 19 16:11:59 CST 2013

Prime Time Sports LLC                    U.S. Bankruptcy Court                    1st Mert Bank
2819 W. Kirchoff Road                    Eastern Division                         444 N Rand Road
Rolling Meadows, IL 60008-1869           219 S Dearborn                           Barrington, IL 60010-1401
                                         7th Floor
                                         Chicago, IL 60604-1702

American Enterprise Bank                 Centrust Bank                            Citibank, N.A.
600 N. Buffalo Grove Road                c/o Firtzall Law Firm                    701 East 60th Street North
Buffalo Grove, IL 60089-2424             6584 North Northwest Highway             Sioux Falls, SD 57104-0493
                                         Chicago, IL 60631-1415

Dave Lonsway                             Deutsch Levy & Engel                     Foresite Realty
2614 Brendenwood Road                    225 West Washington, #1700               6400 Shafer Court Ste 475
Rockford IL 61107-1874                   Chicago, IL 60606-3482                   Des Plaines IL 60018-4946

GC Services                              GC Services, Ltd Partnership             Gregory Allen
6330 Gulfton                             P O BOX 70(037)                          c/o Robert J Wagner
Houston  TX 77081-1198                   Elgin Il 60121                           108 North Walkup Avenue
                                                                                  Crystal Lake, IL 60014-4355

Halle                                    Harris Bank                              Illinis Deoartment Employment
c/o Choen & Hussien                      P O Box 6201                             Security
11330 S. Harlem Avenue                   Carol Stream IL 60197-6201               P O BOX 19286
Worth, IL 60482-2060                                                              Springfield, IL 62794-9286

Illinois Department of Employment        Illinois Department of Employment Security  (p)INTERNAL REVENUE SERVICE
Security                                 33 South State Street                    CENTRALIZED INSOLVENCY OPERATIONS
P O Box 803412                           Chicago, Illinois 60603-2808             PO BOX 7346
Chicago, IL 60680-3412                   Attn: Bankruptcy Unit - 10th flr.        PHILADELPHIA PA 19101-7346

Internal Revenue Service                 Internal Revenue Service                 Joseph Herreweyers
Mr Goodall Stop 506                      P.O. Box 7346                            c/o J. Stephen Walker
5100 River Road                          Philadelphia, PA 19101-7346              20 N. Clark St., Suite 2450
Schiller Park, IL 60176-1058                                                      Chicago, IL 60602-5110

Kass Management                          Mark Giannecchini                        Pace Electronics
c/o Peter Anthony Johnson                21880 Piple Lake Circle                  105 W Madison Street
4 E. Huron Street                        Kildeer IL 60047-9320                    Chicago, IL 60602-4602
Chicago, IL 60611-2706

Patzik Frank & Samotny, Ltd.             Perfect 10 Distribuing                   Pollworth
c/o Heller and Frisone, Ltd.             3901 Progress Street                     c/o Edward J. Deslacek
33 N LaSalle Street                      Little Rock AR 72114-5222                1755 S. Naperville Rd., Suite 200
Suite 1200                                                                        Wheaton, IL 60189-5844
Chicago, IL 60602-3415
```

Samotny
c/o Nicholas Frisone, Esq.
33 N. LaSalle Street, Suite 1200
Chicago, IL 60602-3415

Thompson
c/o Jim Machol
9501 W. Devon Ae., #800
Des Plaines, IL 60018-4820

U.S. Foods
c/o Harold Stotland
19 S. LaSalle, Suite 701
Chicago, IL 60603-1431

Agnieszka Walczyk
1173 Azailia, Apt. D
Palatine, IL 60074-1500

Gregory Allen
108 N. Walkup Ave.
Crystal Lake, Il 60014-4355

Lester A Ottenheimer, III
Ottenheimer Law Group, LLC
750 Lake Cook Rd - Ste 140
Buffalo Grove, IL 60089-2071

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Servic e
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL 60604



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Direct TV

(u)Esposito

(d)Franks, Gerkin & McKenna, P.C.
19333 East Grant Highway
P.O. Box 5
Marengo, IL 60152-0005


(u)Sysco Foods

(u)Lester A Ottenheimer III

(u)Nicole K Fishkin


End of Label Matrix
Mailable recipients    36
Bypassed recipients     6
Total                  42

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| PRIME TIME SPORTS, LLC, ) | |
| ) | CASE NO. 12-04838 |
| ) | |
| Debtor, ) | JUDGE A. BENJAMIN GOLDGAR |
| ) | |

**MOTION FOR ENTRY OF FINAL DECREE**
**AND TO SHORTEN NOTICE**

Debtor/Debtor in Possession Prime Time Sports, LLC by counsel Ottenheimer Law Group, LLC by Lester A. Ottenheimer, III moves this Honorable for the entry of an Order Entering the Final Decree the Debtor's case and to Shorten Notice and in support thereof states as follows:

1. The Debtor's Third Amended Plan and Third Amended Disclosure Statement were confirmed on January 2, 2013.

2. By Order dated February 6, 2013, this Honorable Court entered an Order for post-confirmation status to be heard on March 6, 2013 at 10:00 a.m.

3. The Debtor's Third Amended Plan and Third Amended Disclosure Statement requires monthly distribution of all amounts to be paid to the creditors commencing thirty (30) days after confirmation.

4. The Debtor did make a distribution in accordance with the Plan and Disclosure Statement thirty (30) days after confirmation. A copy of the status of initial payments required and made has been filed separately herein but is attached hereto as Exhibit "A".

5. Since confirmation of the Plan and the initial distribution, the Debtor in Possession or Debtor's counsel has received no communications whatsoever from any creditors.

      6.      The Debtor requests a shortened notice period.  This matter was heard on February 6, 2013 but counsel for Debtor was unable to attend.  Counsel for the Debtor had another counsel step up in his stead.

      7.      Counsel for the Debtor however was out of town and did not return to town until February 13, 2013 and thus, did not have sufficient time within the required notice period to send out this notice, which requires 28 days' notice

WHEREFORE, the Debtor/Debtor in Possession Prime Time Sports, LLC requests that the Honorable Court enter an Order Entering a Final Decree in the Debtor's Chapter 11 Plan, to Shorten Notice herein, and all other just and proper relief.

      PRIME TIME SPORTS, LLC

      By:   /s/ Lester A. Ottenheimer /s/
          Lester A. Ottenheimer III

Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, Illinois  60089
(847) 520-9400