# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:                                          )
                                                )     Case No.
                                                )

### ORDER COMBINED WITH NOTICE OF CONFIRMATION

*Counsel for the proponent of the Plan is directed to serve this Order Combined with Notice of Confirmation as provided in Fed. R. Bankr. Pro. 3020(c), and on the United States Trustee, and to file proof of service with the Clerk:*

An order confirming the _____ Plan of Reorganization was entered on _____, in the above-captioned Chapter 11 bankruptcy case.

The proponent of the Plan is directed to file by _____ a written report of the status of initial payments required and made, separately stated for each class treated under the Plan.

A hearing to consider the status report and possible entry of final decree or order closing the case is set on _____, at _____, in Courtroom _____,

A party-in-interest who wishes to receive a copy of the status report shall notify the Plan proponent, who shall provide a copy if requested.

ENTER:

_____
Judge

Dated: _____