UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 12-04838
PRIME TIME SPORTS, LLC, )
 )  Chapter: 11
 )
 )  Honorable A. Benjamin Goldgar
 )
 )
Debtor(s) )

## FINAL DECREE

This matter coming on for hearing on the debtors motion for the entry of a final decree, notice having been given, the Court finding that the order confirming the plan of reorganization (the "Plan") has become final, the debtors have commenced payments under the Plan, all payments have been made to the United States Trustee, and any contested matters and motions have been fully resolved; the Court hearing the statement of counsel and being fully advised in the premises:

IT IS ORDERED THAT:

1. A Final Decree is hereby entered, the Chapter 11 case of the above named Debtor is closed.

Enter:

Dated: 2 2 APR 2013

United States Bankruptcy Judge

**Prepared by:**

Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, Illinois  60089
(847) 520-9400

Rev: 20130103_bko